# LEBOWITZ LAW OFFICE, LLC

Marc A. Lebowitz | 212.682.6818 | marc@lebolaw.com
747 Third Avenue – 23rd Floor, New York, New York 10017
www.lebolaw.com

October 29, 2020

VIA ECF

The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square Courtroom 1305
New York, NY 10007

Re: Hartmann v. Amazon.com, Inc. et al.
1:20-cv-04928-PAE

Dear Judge Engelmayer:

This office represents plaintiff Ralf Hartmann in the above referenced matter.

Plaintiff notes that in two unrelated, but factually similar, copyright actions brought by Plaintiff against i) Apple Inc. (*Hartmann v. Apple Inc.*, No. 1:20-cv-06049-GHW (S.D.N.Y.)) and ii) Google LLC (*Hartmann v. Google LLC et al.*, 1:20-cv-05778-JPC (S.D.N.Y.)) plaintiff has been granted leave to amend pursuant to F.R.C.P. 15(a)(2), and not as a matter of course pursuant to F.R.C.P. 15(a)(1) (any such amendment would abide defendants' response to the amended complaint). Counsel for Amazon has consented to a similar amendment in this case on the agreed condition that their time to respond (currently November 16) be adjourned to a date to be agreed after service of the amended complaint. Plaintiff respectfully requests that such an amendment be allowed by this Court.

Respectfully submitted,

*/s/ Marc A. Lebowitz*
Marc A. Lebowitz

*PLEASE NOTE NEW MAILING ADDRESS:
   330 West 38th Street
   Rm. 1002
   New York, N.Y. 10018

Granted. SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
10/29/2020