**LEBOWITZ LAW OFFICE, LLC**
330 West 38th Street, #1002
New York, N.Y. 10018
www.lebolaw.com

keith@lebolaw.com
(212) 682-0550

December 29, 2020

VIA ECF

The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square Courtroom 1305
New York, NY 10007

Re: Hartmann v. Amazon.com, Inc. et al.
<u>1:20-cv-04928-PAE</u>

Dear Judge Engelmayer:

This office represents plaintiff Ralf Hartmann in the above referenced matter. We write under Rules 1.A and 1.E of Your Honor's Individual Rules of Practice in Civil Cases, and with defendant Amazon's consent, to respectfully request a 15-day extension of all deadlines relating to Amazon's motion to dismiss (MTD), as set by the Court in Your Honor's December 16, 2020 Order (the "Order")(D.E. No. 34).

Per the Court's Order, the current deadline for Mr. Hartmann to file a second amended complaint or an opposition to Amazon's MTD is January 5, 2021. Mr. Hartmann respectfully requests, with Amazon's consent, that the Court extend this deadline, and all related deadlines in the Order, for a period of 15 days, as follows:

- With respect to Plaintiff Hartmann:
    - to extend Plaintiff's deadline to file a second amended complaint or an opposition to Amazon's MTD from 1/5/2021 to <u>1/20/2021</u>

- With respect to the Amazon Defendants:
    - to extend Amazon's time to respond to a second amended complaint (if filed) from 1/26/2021 to <u>2/10/2021</u>;
    - to extend Amazon's time to file a reply in support of its MTD (if Plaintiff files an opposition to Amazon's MTD instead of a second amended complaint) from 1/19/2021 to <u>2/3/2021</u>.

The Honorable Paul A. Engelmayer, U.S.D.J.
December 29, 2020
Page 2

This is Plaintiff's first request for an extension of time relating to Amazon's MTD or the Court's Order.

We thank the Court for considering this request.

Respectfully submitted,

/s/ Keith M. Getz

Keith M. Getz


*PLEASE NOTE NEW MAILING ADDRESS:
    330 West 38th Street
    Rm. 1002
    New York, N.Y. 10018

Granted. SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
12/30/2020