# Arent Fox

Arent Fox LLP / Attorneys at Law
Boston / Los Angeles / New York / San Francisco / Washington

August 25, 2021

**Michelle Mancino Marsh**
Partner
212.484.3977 DIRECT
212.484.3990 FAX
michelle.marsh@arentfox.com

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Hartmann v. Amazon.com, Inc. et al.*, Case No. 1:20-cv-04928 (PAE) – Joint First Request for Adjournment of Initial Pretrial Conference

Dear Judge Engelmayer:

We represent the defendants Amazon.com, Inc. and Amazon Digital Services LLC[1] (together "Amazon") in the above-listed case. We write under Rules 1.A and 1.E of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request an adjournment of the initial pretrial conference which is currently scheduled for August 30, 2021 at 9:00 a.m. Plaintiff Ralf Hartmann ("Plaintiff") consents to and joins in this request. This adjournment is being requested due to pre-existing vacation plans. We apologize for any inconvenience this may cause. Counsel for the parties compared their schedules and confirm they are both available for the initial pretrial conference on September 20-23, 2021 from 9 a.m. until 4:30 p.m. and will be available to file the Civil Case Management Plan and joint letter in accordance with the Court's Individual Rules at least three business days in advance of the new date selected by the Court. This is the first request for an adjournment of the initial pretrial conference.

Thank you for your consideration.

Respectfully submitted,

*/s/ Michelle Mancino Marsh*

Michelle Mancino Marsh

Granted. The initial pretrial conference currently scheduled for August 30, 2021 is adjourned until September 30, 2021 at 9:30 a.m. SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
8/26/21