UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RALF HARTMANN,

                Plaintiff,

-v-

AMAZON.COM, INC.,

                Defendant.

20 Civ. 4928 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 19, 2021, the Court scheduled an initial pretrial conference in this matter for August 30, 2021, at 9:00 a.m., Dkt. 47, which it subsequently adjourned to September 30, 2021, at 9:30 a.m., Dkt. 49. The Court has received the parties' joint letter motion to adjourn the initial pretrial conference to November 1, 2021, at 9:30 a.m. Dkt. 51. In light of this Court's schedule, the initial conference is adjourned to **November 2, 2021**, at 9:30 a.m.

SO ORDERED.

                                            *Paul A. Engelmayer*
                                            Paul A. Engelmayer
                                            United States District Judge

Dated: September 24, 2021
         New York, New York