# Arent Fox

**Arent Fox LLP** / Attorneys at Law
Boston / Los Angeles / New York / San Francisco / Washington

**Lindsay Korotkin**
Associate
212.457.5548 DIRECT
212.484.3990 FAX
lindsay.korotkin@arentfox.com

**BY ECF**

October 25, 2021

The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1305
New York, NY 10007

**Re:** *Hartmann v. Amazon.com, Inc. et al.*, Case No. 1:20-cv-04928-PAE

Dear Judge Engelmayer:

We represent defendants Amazon.com, Inc. and Amazon.com Services LLC ("Defendants").[1] Defendants and plaintiff Ralf Hartmann jointly submits this letter to request a brief additional fifteen (15) day adjournment of the Initial Pretrial Conference, which is currently scheduled for 9:30 AM on November 2, 2021. The new proposed date for the Initial Pretrial Conference would be Wednesday, November 17, 2021. This is the parties' third request to adjourn the Initial Pretrial Conference in this case. The parties have taken concrete steps towards a negotiated resolution and are continuing their settlement discussions. In order to keep litigation costs down and to avoid wasting judicial resources while these discussions take place, we respectfully request a brief fifteen (15) day adjournment.

Thank you for your consideration.

Respectfully submitted,

/s/ Lindsay Korotkin
Lindsay Korotkin
*Attorney for Defendants*

/s/ Marc A. Lebowtiz
Marc A. Lebowitz
*Attorney for Plaintiff*

---

[1] As Amazon's counsel previously notified Plaintiff's counsel via communications and court filings, on January 1, 2020, Amazon Digital Services LLC merged into Amazon.com Services LLC. Therefore, Amazon.com Services LLC, not Amazon Digital Services LLC, is the proper defendant in this action.

Granted. The initial pretrial conference in this case is now scheduled for Wednesday, **November 17, at 9:30 a.m.** However, no further extensions should be expected. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound(#) key. Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. SO ORDERED.

Dated: October 26, 2021

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge